UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| STEVE BOUTON, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) Case No. 2:22-CV-00010-SPM |
| STATE OF MISSOURI, et al., | ) ) ) |
| Defendants. | ) ) |

**MEMORANDUM AND ORDER**

This matter is before the Court on its own motion. On May 16, 2023, following a hearing, this Court granted Plaintiffs' motion to stay all proceedings in this case for ninety (90) days in light of bankruptcy proceedings against Defendant Corizon, LLC.[1] The Court ordered Plaintiffs to submit period status reports and set the matter for a status hearing on August 16, 2023. On August 14, 2023, counsel for the parties reported to the Court, via email, that the bankruptcy hearing previously set for August had been cancelled and re-set for September, that the bankruptcy was still ongoing, and that counsel for all parties agreed that a 90-day continuation of this matter was appropriate. In light of the ongoing bankruptcy proceedings and the parties' agreement that a 90-day continuation is appropriate, the Court will extend the previously-entered stay for 90 days. Accordingly,

**IT IS HEREBY ORDERED** that the status conference currently set for August 16, 2023, is **VACATED**.

**IT IS FURTHER ORDERED** that the Court will hold a status conference on **Tuesday,**

---

[1] The case was already automatically stayed as to Corizon; this motion addressed the claims against the other defendants.

– 1 –

**November 14, 2023, at 10:00 a.m., by Zoom.** Counsel will receive an email with instructions for attending in advance of the conference.

**IT IS FURTHER ORDERED** that the stay previously entered in this case is extended, and this matter is **STAYED** in its entirety for **ninety (90) days** from the date of this Memorandum and Order. Any party who wishes to lift the stay prior to its expiration may file an appropriate motion.

**IT IS FURTHER ORDERED** that **within thirty (30) days** from the date of this Memorandum and Order, and **every thirty (30) days** thereafter, Plaintiffs' counsel shall confer with counsel for Defendants and shall file a status report stating whether there have been any developments in the bankruptcy proceeding that affect the parties' positions regarding whether the stay that has been entered in this case should remain in place.

**IT IS FURTHER ORDERED** that within **seven (7) days** of the termination of the bankruptcy proceedings, Corizon LLC shall file with this Court a notice of termination of the bankruptcy proceedings.

SHIRLEY PADMORE MENSAH  
UNITED STATES MAGISTRATE JUDGE

Dated this 14th day of August, 2023.