UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

NORTHERN DIVISION

| | | |
|---|---|---|
| STEVE BOUTON ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Cause No.: 2:22-cv-00010-SPM |
| | ) | JURY TRIAL DEMANDED |
| STATE OF MISSOURI, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION TO FILE DOCUMENTS UNDER SEAL**

Come now J. Thaddeus Eckenrode, and Eckenrode-Bauman, Attorneys at Law, and for their Motion to File Documents Under Seal state as follows:

1. Movants intend to file a Motion to Withdraw as counsel for Defendants Corizon LLC, DeSouza and Summerville, and plans to attach, in support thereof, certain Exhibits that constitute attorney-client communications.

2. Specifically, Movants seek to file these documents under seal for the court's in camera review to protect their attorney-client privilege:

Exhibit B: Letters from movants' office to Defendants DeSouza and Summerville.

Exhibit C: Follow-up letter from movants' office to Defendant Summerville.

Exhibit D: Movants' office's summary of phone conversation with Defendant DeSouza.

Exhibit E: Movants' office's summary of phone conversation with Defendant Summerville.

Exhibit F: E-mail message from Wind-down officer and GUC trustee Matthew Dundon to undersigned counsel.

WHEREFORE, Movants pray that this Honorable Court grant their Motion to File Documents Under Seal, and for any other relief that this Court may deem just and proper.

Respectfully Submitted,

***/s/ J. Thaddeus Eckenrode***

J. Thaddeus Eckenrode MoBar #31080
ECKENRODE-BAUMAN, Attorneys at Law
11477 Olde Cabin Road Suite 110
St. Louis, Missouri 63141
Phone: (314) 726-6670
Fax: (314) 726-2106
Email: jte@eckenrode-law.com
*Attorneys for Defendants Corizon, LLC, Cherilyn DeSouza, M.D., and Mary Summerville*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing was served via electronic court filing and electronic mail on this 11th day of September, 2026 to the following:

Page Law
Anthony Laramore 63017#MO
9930 Watson Road, Suite 100
St. Louis, Missouri 63126
T. 314.835.5800
anthony@pagelaw.com
*Attorney for Plaintiff*

STINSON LLP
Nicholas J. Zluticky (MO #61203)
Zachary H. Hemenway (MO #59670)
1201 Walnut Street, Suite 2900
Kansas City, MO 64106
Telephone: (816) 842-8600
Facsimile: (816) 412-9731
Nicolas.zluticky@stinson.com
Zachary.hemenway@stinson.com
*Counsel for the Wind-Down Officer*
*and GUC Trustee*

Cherilyn DeSouza
9409 Harbinger Street
Lenexa, KS 66219
Cmd0729@yahoo.com

Mary Summerville
121 Vlasis Dr.
Ballwin, MO 63011
Headmare3@gmail.com

*/s/ Lucas Britt*